In the Matter of WILLIAM SELIGMAN, Appellant, against S. HOWARD COHEN et al., as Commissioners of Election of the City of New York, et al., Respondents.

Argued October 5, 1942, decided October 8, 1942.

*Herbert N. Skidell* for appellant.

*Sydney Rosenthal* for James T. Hallinan, respondent.

*John J. Bennett, Jr., Attorney-General,* for Michael F. Walsh, as Secretary of State; respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.